IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> R&C CONSTRUCTION SERVICES CO., INC., <br><br> Defendant. | Civil Action No. 1:15-cv-00548 |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 19, 2015, in response to Plaintiffs' Motion for Default Judgment.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED, and judgment is entered in favor of Plaintiffs against Defendant in the amount of $10,766.67. It is further

ORDERED that Plaintiffs are awarded $5,803.25 in attorney fees and costs.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 5, 2016